IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARILYN OUREN,                          )
                                        )
                    Plaintiff,          )               8:08CV251
                                        )
          v.                            )
                                        )
ALEGENT HEALTH - BERGAN                 )          ORDER OF DISMISSAL
MERCY HEALTH SYSTEMS,                   )
                                        )
                    Defendant.          )
_____     )


        The matter before the court is the plaintiff's motion to dismiss with prejudice.  Filing

No. 26.  The court finds that this matter should be dismissed with prejudice.

        IT IS,  THEREFORE, ORDERED, ADJUDGED AND DECREED  that, pursuant to

FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendant is hereby

dismissed in its entirety, with prejudice, and with the parties to be responsible for their own

costs and attorney fees.

        DATED this 12th day of February, 2009.


                              BY THE COURT:



                              s/ Joseph F. Bataillon
                              Chief United States District Judge